UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

DEC 08 2021

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CRIMINAL NO. H-19-CR-469-S2 |
| DENNIS ALFREDO ESCOBAR § | |
| a.k.a. "Choppa" § | |

## SUPERSEDING CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Conspiracy to Possess with Intent to Distribute a Controlled Substance

From on or about September 4, 2016, to on or about September 11, 2017, in the Southern District of Texas, and within the jurisdiction of this Court, defendant

**DENNIS ALFREDO ESCOBAR**
**a.k.a. Choppa,**

did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with others known and unknown to distribute a controlled substance. The overall scope of the conspiracy involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

JENNIFER LOWERY
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: _/s/ Jason Corley_
JASON CORLEY
Assistant United States Attorney
Southern District of Texas