IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES

VS.                                                H-19-CR 469-S2

DENNIS ESCOBAR

## NO OBJECTION TO PRESENTENCE REPORT

COMES NOW DENNIS ESCOBAR through his attorneys and files this No Objection to Presentence Report.

        Respectfully submitted,

        Foreman DeGeurin & DeGeurin

        ***/s/ Mike DeGeurin***
        Mike DeGeurin
        Federal Bar No. 3558
        300 Main Street, 3rd Floor
        Houston, Texas 77002
        (713) 655-9000: Telephone
        (713) 655-1812: Facsimile
        mdegeurin@fddlaw.net
        ATTORNEY FOR MR. ESCOBAR

        ***/s/ George Michael DeGeurin, Jr***
        George Michael DeGeurin, Jr
        Federal Bar No. 23288
        300 Main St.,3rd Floor
        Houston, TX 77002
        713-655-9000: Telephone
        713-655-1812: Facsimile
        m2degeurin@fddlaw.net
        ATTORNEY FOR MR. ESCOBAR

## Certificate of Service

      We have conferred with the Assistant United States Attorney who does not agree with this position and provided him a copy by this electronic filing and provided a copy to the probation officer by email.

                                        ***/s/ Mike DeGeurin***
                                        Mike DeGeurin